UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELTON BROTHERS INC., <br><br> Plaintiff, <br><br> v. <br><br> VINUM WINE IMPORTERS & DISTRIBUTORS, LLC, <br><br> Defendant. | No. C17-1378 RSM <br><br> ORDER EXTENDING DUE DATES FOR DEFENDANT VINUM WINE IMPORTERS & DISTRIBUTORS, LLC TO ANSWER COMPLAINT AND EXTENDING REMAINING DEADLINES |

Pursuant to the Stipulation of the parties, and for good cause shown, it is hereby

ORDERED that the deadlines in the above matter shall be extended, as follows:

| | |
|---|---|
| Deadline for Defendant's Answer | October 25, 2017 |
| Deadline for FRCP 26(f) Conference | November 9, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | November 16, 2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | November 23, 2017 |

DATED the 11th day of October 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DUE DATES FOR DEFENDANT
VINUM WINE IMPORTERS & DISTRIBUTORS, LLC TO
ANSWER COMPLAINT AND EXTENDING REMAINING
DEADLINES - 1
(Case No. 2:17-cv-01378-RSM)

94376717.2 0078760-00025

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*