UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHELTON BROTHERS INC.,

          Plaintiff,

v.

VINUM WINE IMPORTERS & DISTRIBUTORS, LLC,

          Defendant.

CASE NO. 2:17-cv-01378-RSM

STIPULATION FOR AND ORDER OF DISMISSAL

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto by and through their attorneys undersigned hereby stipulate that this action, having been fully compromised and settled, and all claims asserted herein by either party shall be dismissed, with prejudice, and without cost to either party.

DATED this 9th day of November, 2017.

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>Attorneys for Plaintiff Shelton Brothers Inc. | STOEL RIVES LLP<br>Attorneys for Defendant Vinum Wine Importers & Distributors, LLC |
| By *s/ Philip S. McCune*<br>   Philip S. McCune, WSBA #21081<br>   philm@summitlaw.com | By *s/ Maren R. Norton*<br>   Maren R. Norton, WSBA #35435<br>   Maren.norton@stoel.com |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
CASE NO. 2:17-cv-01378-RSM

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that the claims asserted by either party in this action are dismissed, with prejudice, and without award of attorneys' fees or costs to either party.

DATED this 9th day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff Shelton Brothers Inc.

STOEL RIVES LLP
Attorneys for Defendant Vinum Wine Importers & Distributors, LLC

By *s/ Philip S. McCune*
   Philip S. McCune, WSBA #21081
   *philm@summitlaw.com*

By *s/ Maren R. Norton*
   Maren R. Norton, WSBA #35435
   *Maren.norton@stoel.com*

STIPULATION FOR AND ORDER OF DISMISSAL - 2
CASE NO. 2:17-cv-01378-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001